## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Christopher P. Courchain<br>            <u>Debtor</u> | CHAPTER 13<br><br>BKY. NO. 15-18830 MDC |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Nationstar Mortgage LLC, and index same on the master mailing list.

Re: Loan # Ending In: 2027

                            Respectfully submitted,

                            **/s/Joshua I. Goldman, Esquire**
                            Joshua I. Goldman, Esquire
                            Thomas Puleo, Esquire
                            KML Law Group, P.C.
                            701 Market Street, Suite 5000
                            Philadelphia, PA 19106-1532
                            (215) 825-6306  FAX (215) 825-6406