United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 15-18830-mdc
Christopher P. Courchain                                                Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 1          Date Rcvd: Sep 29, 2016
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2016.
db              +Christopher P. Courchain,    1127 Toll House Lane,    Warminster, PA 18974-2621

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2016 at the address(es) listed below:
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    Bank Of America, N.A. paeb@fedphe.com
              JOSEPH PATRICK SCHALK    on behalf of Creditor    Bank Of America, N.A. paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Bank Of America, N.A. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
              ZACHARY PERLICK    on behalf of Debtor Christopher P. Courchain Perlick@verizon.net, pireland1@verizon.net
                                                                                               TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | CHRISTOPHER COURCHAIN | : | CHAPTER 13 |
| | | : | |
| | | : | |
| | DEBTOR | : | BANKRUPTCY No. 15-18830 MDC |

## ORDER TO ALLOW COUNSEL FEES

Upon consideration of the foregoing application, and upon notice, opportunity for hearing, and certification of no objection, counsel fees are allowed in the following amounts:

| | |
|---|---|
| Total fee award: | $4,500.00 |
| Total expense cost: | $   20.00 |
| Attorney fee already paid by Debtor | $1,000.00 |
| Net amount to be paid by Trustee | $3,520.00 |

The net amount is to be paid by the Trustee to Zachary Perlick, Esquire, from available funds in the Debtor's estate.

BY THE COURT:

*Magdeline D. Coleman*
THE HONORABLE MAGDELINE D. COLEMAN

Dated: 9/29/16