# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 15-18830-MDC

CHRISTOPHER P. COURCHAIN

1127 TOLL HOUSE LANE

WARMINSTER, PA 18974

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    CHRISTOPHER P. COURCHAIN

    1127 TOLL HOUSE LANE

    WARMINSTER, PA 18974

Counsel for debtor(s), by electronic notice only.

    ZACHARY PERLICK, ESQ.
    1420 WALNUT ST
    SUITE 718
    PHILADELPHIA, PA 19102-

                                                  /S/ William C. Miller

Date: 2/14/2017                                       _____

                                                        William C. Miller, Esquire
                                                        Chapter 13 Standing Trustee