United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 15-18830-mdc
Christopher P. Courchain                                                Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2            User: JeanetteG            Page 1 of 2            Date Rcvd: Mar 24, 2017
                                Form ID: pdf900            Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2017.
```
db             +Christopher P. Courchain,    1127 Toll House Lane,    Warminster, PA 18974-2621
13658171       +Albert Blackman, Jr.,    354 N. Main Street,    Doylestown, PA 18901-3715
13688724       +Bank of America N.A.,    P O Box 982284,    El Paso, TX 79998-2284
13645789       +Bank of America, N.A.,    PO Box 5170,    Simi Valley, CA 93062-5170
13729816        Bank of America, NA,    P.O. Box 31785,    Tampa, FL 33631-3785
13645790       +Corinthian Restoration,    352 N. Atlantic Ave.,    Clayton, NJ 08312-1306
13709658       +Viriva Community Credit Union,    7346 Frankford Avenue,    Philadelphia, PA 19136-3828
13645792        Viriva Community Credit Union,    c/o J. Scott Watson, Esquire,    24 Regency Plaza,
                 Gaffney, SC 29342
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Mar 25 2017 02:12:36     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 25 2017 02:11:29
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 25 2017 02:12:29     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13658174        E-mail/Text: cio.bncmail@irs.gov Mar 25 2017 02:11:15     Internal Revenue Service,
                 Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA 19101-7346
13645791        E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 25 2017 02:12:20     Jefferson Capital Systems,
                 PO Box 7999,    Saint Cloud, MN 56302-9617
                                                                                              TOTAL: 5
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13658172*      +Bank of America, N.A.,    PO Box 5170,    Simi Valley, CA 93062-5170
13658173*      +Corinthian Restoration,    352 N. Atlantic Ave.,    Clayton, NJ 08312-1306
13658175*     ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
                (address filed with court:   Jefferson Capital Systems,    PO Box 7999,
                 Saint Cloud, MN 56302-9617)
13658176*       Viriva Community Credit Union,    c/o J. Scott Watson, Esquire,    24 Regency Plaza,
                 Gaffney, SC 29342
                                                                                TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2017 at the address(es) listed below:
```
              ANDREW   SPIVACK    on behalf of Creditor    Bank Of America, N.A. paeb@fedphe.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    Bank Of America, N.A. paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Bank Of America, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC pa-bk@logs.com
              THOMAS I. PULEO    on behalf of Creditor    Nationstar Mortgage LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
```

```
District/off: 0313-2          User: JeanetteG              Page 2 of 2              Date Rcvd: Mar 24, 2017
                              Form ID: pdf900              Total Noticed: 13
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        ZACHARY   PERLICK    on behalf of Debtor Christopher P. Courchain Perlick@verizon.net, pireland1@verizon.net
                                                                                                                         TOTAL: 9

# UNITED STATES BANKRUTPCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CHRISTOPHER P. COURCHAIN          Chapter 13

Debtor          Bankruptcy No. 15-18830-MDC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

AND NOW, this ___23rd___ day of ___March___, 2017, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ZACHARY PERLICK, ESQ.
1420 WALNUT ST
SUITE 718
PHILADELPHIA, PA 19102-


Debtor:
CHRISTOPHER P. COURCHAIN

1127 TOLL HOUSE LANE

WARMINSTER, PA 18974